1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
   STEVEN B. SACKS. Cal. Bar No. 98875
3  ssacks@sheppardmullin.com
   ROXANA VATANPARAST, Cal. Bar No. 260368
4  rvatanparast@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:   415-434-9100
6  Facsimile:    415-434-3947

7  Attorneys for Plaintiff
   GENERAL ELECTRIC CAPITAL CORPORATION
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                   SAN FRANCISCO-OAKLAND DIVISION
12

13
   GENERAL ELECTRIC CAPITAL            Case No. CV09-2821 EMC
14 CORPORATION, a Delaware corporation,
                                       **STIPULATION TO CONTINUE CASE**
15              Plaintiff,             **MANAGEMENT CONFERENCE AND**
                                       **HEARING ON MOTION FOR WRIT**
16       v.                            **OF ATTACHMENT**  ; ORDER
17
   GUARANTY COMPANY, LLC, a
18 Washington limited liability company;

19 and

20 WAKE FOREST, INC., a Nevada
21 corporation.

22              Defendants.

---

W02-WEST:5SS1\402257681.1                    STIPULATION RE CONTINUANCE OF CASE
CV09-2821 EMC                                MANAGEMENT CONFERENCE AND HEARING

1  In order to allow the parties additional time for settlement negotiations, the parties
2  hereto stipulate and agree, by and through their counsel of record, that:
3  (1) The case management conference set for October 7, 2009 shall be continued to
4  November 12, 2009 at 9:30 a.m., with a joint case management conference statement to be
5  filed on or before November 5, 2009; and
6  (2) The motion by plaintiff for issuance of a right to attach order and writ of
7  attachment against defendants shall be heard on November 12, 2009 at 9:30 a.m.
8  IT IS SO STIPULATED.
9  DATED: October 5, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Steven B. Sacks

STEVEN B. SACKS

Attorney for Plaintiff
GENERAL ELECTRIC CAPITAL
CORPORATION

Dated: October 5, 2009

HEFNER, STARK & MAROIS, LLP

By  _____
KENNETH R. STONE

Attorneys for Defendants Guaranty Company, LLP
and Wake Forest, Inc.

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate
Judge

IT IS SO ORDERED
Judge Edward M. Chen

W02-WEST:5SS1\402257681.1
CV09-2821 EMC

-2-

STIPULATION RE CONTINUANCE OF CASE
MANAGEMENT CONFERENCE AND HEARING