| | |
|---|---|
| 1 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| |    A Limited Liability Partnership |
| 2 |    Including Professional Corporations |
| | STEVEN B. SACKS. Cal. Bar No. 98875 |
| 3 | ssacks@sheppardmullin.com |
| | ROXANA VATANPARAST, Cal. Bar No. 260368 |
| 4 | rvatanparast@sheppardmullin.com |
| | Four Embarcadero Center, 17th Floor |
| 5 | San Francisco, California  94111-4106 |
| | Telephone:    415-434-9100 |
| 6 | Facsimile:     415-434-3947 |

Attorneys for Plaintiff
GENERAL ELECTRIC CAPITAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, | Case No. CV09-2821 EMC |
| Plaintiff, | **FURTHER STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION FOR WRIT OF ATTACHMENT**  ; ORDER |
| v. | |
| GUARANTY COMPANY, LLC, a Washington limited liability company; | |
| and | |
| WAKE FOREST, INC., a Nevada corporation. | |
| Defendants. | |

In order to allow the parties additional time to conclude their tentative settlement agreement, the parties hereto stipulate and agree, by and through their counsel of record, that:

(1) The case management conference set for November 18, 2009 shall be continued to January 27, 2010 at 10:30 a.m., with a joint case management conference statement to be filed on or before January 20, 2010; and

(2) The motion by plaintiff for issuance of a right to attach order and writ of attachment against defendants shall be heard on January 27, 2010 at 10:30 a.m.

IT IS SO STIPULATED.

DATED: November 10, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ Steven B. Sacks

STEVEN B. SACKS

Attorney for Plaintiff
GENERAL ELECTRIC CAPITAL CORPORATION

Dated: November 10, 2009

HEFNER, STARK & MAROIS, LLP

By   _____
KENNETH R. STONE

Attorneys for Defendants Guaranty Company, LLP and Wake Forest, Inc.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

W02-WEST:5SS1\402305866.1
CV09-2821 EMC

FURTHER STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND HEARING