1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
   STEVEN B. SACKS. Cal. Bar No. 98875
3  ssacks@sheppardmullin.com
   KRISTY E. YOUNG, Cal. Bar No. 260542
4  kyoung@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:   415-434-9100
6  Facsimile:    415-434-3947

7  Attorneys for Plaintiff
   GENERAL ELECTRIC CAPITAL CORPORATION
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO-OAKLAND DIVISION
12

13

| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, | Case No. CV09-2821 EMC |
|---|---|
| Plaintiff, | **[PR~~O~~OPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| GUARANTY COMPANY, LLC, a Washington limited liability company; | |
| and | |
| WAKE FOREST, INC., a Nevada corporation. | |
| Defendants. | |

1   The parties to this action, having filed a stipulation for dismissal of this
2   action with prejudice, and good cause appearing therefor;
3
4   IT IS ORDERED that this action is dismissed with prejudice and with each
5   side to bear its own fees and costs.
6
7   DATED:  December __23__, 2009
8
9   _____
10  HON. EDWARD M. CHEN
11  UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen